## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAMAR DOUGLAS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 07-3730** |
| | : | |
| **DAVID DiGUGLIELMO, et al** | : | |

## ORDER

**AND NOW**, this 9th day of February, 2009, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Habeas Relief, the Report and Recommendation filed by United States Magistrate Judge Linda K. Caracappa, the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1.   The petitioner's objections are **OVERRULED**;

2.   The Report and Recommendation of Magistrate Judge Caracappa is **APPROVED** and **ADOPTED**;

3.   The Petition for Writ of Habeas Corpus is **DENIED**; and,

4.   There is no probable cause to issue a certificate of appealability.

TIMOTHY J. SAVAGE, J.